IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DOROTHY CARTER | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2-01CV249 |
| | § | |
| HOSPITAL CORPORATION | § | |
| OF AMERICA | § | JUDGE T. JOHN WARD |

### DEFENDANT'S NOTICE OF SERVICE OF DISCLOSURE REQUIRED UNDER FRCP 26(a)(1)

TO THE HONORABLE UNITED STATES DISTRICT JUDGE IN AND FOR THE EASTERN DISTRICT OF TEXAS – MARSHALL DIVISION:

COMES NOW, HOSPITAL CORPORATION OF AMERICA, Defendant in the above-titled cause of action, and files its Notice of Service of Disclosure and would respectfully show as follows:

On or about April 22, 2002, Defendant served on Plaintiff its Initial Disclosure in accordance with Federal Rule of Civil Procedure 26(a)(1) and Local Rule CV-26.

Respectfully submitted,

POTTER MINTON
A Professional Corporation
P. O. Box 359
Tyler, TX 75710
(903) 597-8311
(903) 593-0846 Facsimile

By: _____
RORY C. DUKES
State Bar No. 06193980



JEJ\4733\36\218012

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been mailed in compliance with the Federal Rules of Civil Procedure to Mr. Rex A. Nichols, Jr., NICHOLS & NICHOLS, P.O. Box 2623, Longview, TX 75606, via certified mail, return receipt requested, on this 2 day of May, 2002.

_____
Rory C. Dukes

JEJ\4733\36\218012